1  Robert M. Holley (SBN 50769)
   Attorney at law
2  State Bar No. 50769
   331 J Street, Suite #200
3  Sacramento, California 95814
   Telephone: (916) 443-2213
4

5  Attorney for Defendant LARRY BATES

6

7                    IN THE UNITED STATES DISTRICT COURT

8                       EASTERN DISTRICT OF CALIFORNIA

9

10 **UNITED STATES OF AMERICA,**    ) CASE NO. CRS 07-146 JAM
                                    )
11              **Plaintiff,**      ) STIPULATION AND
                                    ) ORDER CONTINUING STATUS CONFERENCE
12      v.                          )
                                    )
13 **LARRY BATES**, *et al.*        )
                                    )
14              **Defendant.**      )
                                    )
15 _____  )

16

17                              **BACKGROUND**

18          Robert M. Holley, the undersigned counsel for Mr. Bates, for
19 the past approximately 6 weeks has been undergoing preparation for a
20 radioactive scan. The process has been temporarily physically and
21 mentally debilitating but is now getting better. Decisions are still
22 being made regarding plea negotiation and, because of the physical
23 procedure set forth above, more time is needed.

24                              **STIPULATION**

25    IT IS HEREBY STIPULATED by and between the parties hereto that the
26 status conference time presently scheduled for Tuesday, November 4,
27 2008 be continued three (3) weeks to **November 25, 2008 at 9:30 a.m.**

28

It is further stipulated that the time included in this stipulation i.e. from November 4, 2008 up to and including November 25, 2008 be excluded pursuant to the Federal Speedy Trial Act as excludable delay pursuant to Title 18 U.S.C. Section 3161(h)(8)(ii)(Local Codes T2 and T4) due to complexity of the case, the interest of justice, time for counsel to prepare, and consideration of plea offers.

**Dated: November 3, 2008**

*/s/ Ms. Leslie Monahan, Esq.* **(by RMH)**
**Ms. Leslie Monahan, Esq.**
**Special Assistant United States Attorney**
**Counsel for the United States**

*/s/ Mr. Robert M. Holley, Esq.*
**Mr. Robert M. Holley, Esq.**
**Counsel for Mr. LARRY BATES**

*/S/ MR. J. TONEY, Esq.* **(by RMH)**
**Mr. J. Toney, Esq.**
**Counsel for Mr. Duane Dixon**

### ORDER

**GOOD CAUSE APPEARING, the above requested calendaring change, and stipulation re: the exclusion of time pursuant to the Federal Speedy Trial Act, ARE SO ORDERED.**

**Dated: November 3, 2008**

*/s/ John A. Mendez*
**THE HONORABLE JOHN A. MENDEZ**
**UNITED STATES DISTRICT COURT JUDGE**