```
1  Robert M. Holley (SBN 50769)
   Attorney at law
2  State Bar No. 50769
   331 J Street, Suite #200
3  Sacramento, California 95814
   Telephone:  (916) 443-2213
4
5  Attorney for Defendant LARRY BATES
```

**FILED**

NOV 2 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CRS 07-146 JAM |
| Plaintiff, ) | STIPULATION AND ~~[PROPOSED]~~ |
| v. ) | ORDER CONTINUING STATUS CONFERENCE |
| LARRY BATES, et al., ) | |
| Defendants. ) | |

### STIPULATION

Counsel for Mr. Bates apologizes to the Court and all counsel in advance of this stipulation. For approximately the past 8 weeks counsel has undergone a medical procedure which limited his ability to handle complex legal issues. He is completely recovered now but needs additional time with the issue of negotiated plea verses trial. All counsel are in agreement and do hereby stipulate to continue the presently scheduled status conference set for Tuesday, November 25, 2008 at 9:30 a.m. to Tuesday, **December 16, 2008 at 9:30 a.m.**

The parties further stipulate that time included in this continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Code T4) through **December 16, 2008** due to

complexity of the case, and in the interest of justice and Title 18 U.S.C. Section 3161 (h)(8)(B)(iv), to give both of the defendants time to consider plea agreements and to further negotiate with the government if the same becomes advisable.

**Dated: November 24, 2008**

/s/ Ms. Leslie Monahan, Esq. (by RMH)
MS. LESLIE MONAHAN
Special Assistant United States Attorney
Counsel the UNITED STATES

/s/ Mr. Robert M. Holley, Esq.
MR. ROBERT M. HOLLEY, Esq.
Counsel for MR. LARRY BATES

/s/ Mr. J. Toney, Esq. (by RMH)
MR. J. TONEY, Esq.
Counsel for MR. DUANE DIXON

### [PROPOSED] ORDER

**GOOD CAUSE APPEARING, the above requested calendaring change, and stipulated exclusion of time pursuant to the Federal Speedy Trial Act, are SO ORDERED.**

DATED: November 25, 2008

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

2